IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT KIRBY, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23CV754 |
| ) | |
| RICHARD JOYNER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on February 5, 2024, was served on the parties in this action. (ECF Nos. 4, 5.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** pursuant to U.S.C. § 1915 (e)(2)(B)(ii), and all state-law claims in this action are **DISMISSED** without prejudice pursuant to Section 1367(c)(3).

This, the 27th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge